453 A.2d 922

**COMMONWEALTH of Pennsylvania**

v.

**Richard J. WILLIAMS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 28, 1982.

Decided Dec. 10, 1982.

Reargument Denied Jan. 20, 1983.

John P. Lawler, Stroudsburg, for appellant.

James F. Marsh, Dist. Atty., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

### ORDER

PER CURIAM:

Judgment of sentence affirmed.